| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **KeyCorp, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-4301251 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **550 Bailey Avenue, Suite 650**<br>**Fort Worth, TX 76107**<br>Number, Street, City, State & ZIP Code | **P.O. Box 470159**<br>**Fort Worth, TX 76147**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Tarrant**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

Debtor    **KeyCorp, LLC**            Case number (*if known*) _____
       Name

---

**7. Describe debtor's business**

**A.** *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

**B.** *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     7223

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ☑ Yes.

| Debtor | **See Attachment** | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **KeyCorp, LLC**
     Name

Case number (*if known*) _____

---

**11. Why is the case filed in** *this district?*   *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

      What is the hazard? _____

- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

    **Where is the property?** _____

               Number, Street, City, State & ZIP Code

    **Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency _____

             Contact name _____

             Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- [ ] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [✓] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [ ] 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [✓] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50  million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [✓] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50  million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

---

Debtor    KeyCorp, LLC
          Name _____    Case number (*if known*) _____

---

▊ ▊    Request for Relief, Declaration, and Signatures

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01 / 25 / 2019
              MM / DD / YYYY

X _____          Kyle C. Mann
  Signature of authorized representative of debtor          _____
                                                            Printed name

Title   **Vice Chairman**
        _____

---

18. **Signature of attorney**

X _____          Date  01 / 25 / 2019
  Signature of attorney for debtor                                MM / DD / YYYY

**Michael McConnell 13447300**
_____
Printed name

**Kelly Hart & Hallman LLP**
_____
Firm name

**201 Main Street, Suite 2500**
**Fort Worth, TX 76102**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(817) 332-2500**          Email address   **michael.mcconnell@kellyhart.com**

**13447300 TX**
_____
Bar number and State

---

Debtor    KeyCorp, LLC
_____        Case number (if known) _____
          Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS
_____

Case number (if known) _____    Chapter    **11**

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | Gatti's Great Pizza, Inc. | | | Relationship to you | Affiliate |
|---|---|---|---|---|---|
| District | Northern District of Texas | When | 1/04/19 | Case number, if known | 19-40070 |
| Debtor | Gigi's Cupcakes, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 1/04/19 | Case number, if known | 19-40072 |
| Debtor | Gigi's Operating II, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 1/04/19 | Case number, if known | 19-40074 |
| Debtor | Gigi's Operating, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 1/04/19 | Case number, if known | 19-40073 |
| Debtor | Mr. Gatti's, LP | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 1/04/19 | Case number, if known | 19-40069 |
| Debtor | Sovrano, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 1/04/19 | Case number, if known | 19-40067 |

**WRITTEN CONSENT OF MEMBER**
**OF**
**KEYCORP, LLC**

**(In Lieu of Special Meeting)**

**Effective as of January 17, 2019**

The undersigned, being a member (the "Member") of **KeyCorp, LLC**, a Delaware limited liability company (the "Company"), acting herein pursuant to the provisions of Section 6.201 of the Texas Business Organizations Code, does hereby consent to, authorize and approve the following resolutions in lieu of a special meeting:

<u>**Approval of Bankruptcy Proceedings**</u>

**WHEREAS,** the Member deems it necessary, advisable and in the best interest of the Company that the Company file a voluntary petition seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as debtor-in-possession will be sought;

**NOW, THEREFORE, BE IT**

**RESOLVED,** that the filing of a voluntary petition seeking relief under Chapter 11 of Title 11 of the Bankruptcy Code, in which the authority to operate as debtor-in-possession will be sought, be, and it hereby is, authorized in all respects; and

**FURTHER RESOLVED,** that the Member and any officer of the Company be, and each hereby is, appointed as an authorized signatory (collectively, the "Authorized Signatories") of the Company in connection with the Chapter 11 proceedings authorized herein (the "Chapter 11 Case"); and

**FURTHER RESOLVED** that the Authorized Signatories be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, deliver and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court at such time as the Authorized Signatory executing the same shall determine; and

**FURTHER RESOLVED,** that the Authorized Signatories be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, file and/or authorize all petitions, schedules, lists, pleadings and other papers, and any amendments or modifications of the above, and to take any and all actions that the Authorized Signatories may deem necessary, proper or desirable in connection with the Chapter 11 Case; and

**FURTHER RESOLVED,** that the law firm of Kelly Hart & Hallman LLP be, and it hereby is, employed to render legal services to, and to represent the Company in connection with the Chapter 11 Case and any other related matters in connection therewith, on such terms as the Authorized Signatories shall approve; and

**FURTHER RESOLVED**, that an Authorized Signatory be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 Case on such terms as are deemed necessary, proper, or desirable; and

**FURTHER RESOLVED**, that the Authorized Signatories and any employees or agents (including counsel) designated by or directed by the Authorized Signatories be, and each hereby is, authorized, empowered and directed to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities certificates or other documents, and to take such other actions, as in the judgment of an Authorized Signatory shall be necessary, proper, desirable and consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

**FURTHER RESOLVED,** that the Authorized Signatories be, and each hereby is, authorized, empowered and directed to cause all fees, costs and expenses related to the consummation of the transactions contemplated by the foregoing resolutions, which any of the Authorized Signatories determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the payment of such fees, costs and expenses being conclusive evidence of such authority; and

**FURTHER RESOLVED,** that the Authorized Signatories be, and each hereby is, authorized, empowered and directed to execute and deliver any and all documents and instruments deemed necessary or appropriate by the Authorized Signatories, and to take any and all such further action, in the name of and on behalf of the Company, which the Authorized Signatories determine to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the signature of an Authorized Signatory being conclusive evidence of such authority; and

**FURTHER RESOLVED,** that the Authorized Signatories be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and

**FURTHER RESOLVED,** that any and all actions heretofore or hereafter taken by the Authorized Signatories, employees, or agents (including counsel) of the Company within the terms of the foregoing resolutions be and they are hereby ratified, confirmed, authorized and approved as the act and deed of the Company; and

**FURTHER RESOLVED,** that the Authorized Signatories, be, and each hereby is, authorized and empowered to certify on behalf of the Company, as to all matters pertaining to the acts, transactions or agreements contemplated in any of the foregoing resolutions.

### Original Signature

A facsimile signature or signature delivered via portable document format (pdf) will be accepted as if it were an original signature.

IN WITNESS WHEREOF, the undersigned Member has executed this Consent to be effective as of the date first written above.

**MEMBER**:

By: _____

Kyle C. Mann
Vice Chairman

3

**Fill in this information to identify the case:**

Debtor name  **KeyCorp, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/05/2019    X _____
                              Signature of individual signing on behalf of debtor

                              **Kyle C. Mann**
                              Printed name

                              **Vice Chairman**
                              Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | ☐ Check if this is an |
| Case number (if known): | amended filing |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| | | | | | | |

[SEE ATTACHED LIST]

Debtor Name: KeyCorp, LLC
United States Bankruptcy Court for the Northern District of Texas
Chapter 11 List of Top 20 Unsecured Creditors

| Name of Creditor and complete mailing address, including zip code | Nature of Claim | Indicate if claim is contingent, unliquidated or disputed | Amount of Claim |
|---|---|---|---|
| Aaron Clayborn and Jamie Clayborn 7722 Olson Memorial Highway Golden Valley, MN 55427 | Pending litigation | Contingent Unliquidated Disputed | Unknown |
| Bruce Speidel, Natasha Speidel, Krista Speidel and Mitchell Speidel 451 N. Thompson Ln. Ste. D Murfreesboro, TN 37129 | Pending litigation | Contingent Unliquidated Disputed | Unknown |
| Chet Kenisell 1710 Stonehaven Lane Round Rock, TX 78665 | Pending litigation | Contingent Unliquidated Disputed | Unknown |
| Chet Kenisell 2800 Sunrise Rd. #132 Round Rock, TX 78665 | Pending litigation | Contingent Unliquidated Disputed | Unknown |
| Dorrie and Barry Rubinstein 8435 Cooper Creek Blvd. Bradenton, FL 34201 | Pending litigation | Contingent Unliquidated Disputed | Unknown |
| Dorrie and Barry Rubinstein 28A South Blvd of the Presidents Sarasota, FL 34236 | Pending litigation | Contingent Unliquidated Disputed | Unknown |
| Geoff Lauterbach 3800 Colonel Glenn Highway Beavercreek, OH 45324 | Pending litigation | Contingent Unliquidated Disputed | Unknown |
| Jason Vinyard and Cheryl Vinyard 4545 Chace Circle Ste. 121 Hoover, AL 35801 | Pending litigation | Contingent Unliquidated Disputed | Unknown |
| Jason Vinyard and Cheryl Vinyard 1483 Gadsden Highway Ste. 114 | Pending litigation | Contingent Unliquidated Disputed | Unknown |

2841299_2

| | | | |
|---|---|---|---|
| Trussville, AL 35235 | | | |
| Jesse Kook and Krista Kook<br>7455 Currel Blvd., Ste. 107<br>Saint Paul, MN 55125 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Jon Robinson<br>3982 North Gloster St. Ste. S<br>Tupelo, MS 38804 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Kevin and Jody McGaharan<br>3171 Dick Wilson Dr.<br>Sarasota, FL 34240 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Lee St. John<br>5106 Helen Court<br>Saint Cloud, FL 34772 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Lee St. John and Judy Kenney<br>3760 Helen Court<br>Saint Cloud, FL 34772 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Lindsey Cockrum and Kristin Swartz<br>7301 S. Santa Fe Dr., Ste. 625<br>Littleton, CO 80120 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Lipi Datta-Reid and Fred Reid<br>11646 North Dale Mabry Highway<br>Tampa, FL 33618 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Mark Morgan<br>2203 Red Wolf Blvd. #3<br>Jonesboro, AR 72401 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Melody Leggemann & Thomas Leggemann<br>1310 Westover Terrace Ste. 110<br>Greensboro, NC 27408 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Nick Pappas and Lorraine Pappas<br>2454 E. 146 St.<br>Carmel, IN 46033 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Nikolas Pappas, Loraine Pappas, Paul Arduini and Katherine Arduini<br>8981 E. 116 St.<br>Fishers, IN 46038 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |

| | | | |
|---|---|---|---|
| Nikolas Pappas, Lorraine Pappas, Paul Arduini and Katherine Arduini<br>8487 Union Chapel Rd. #440<br>Indianapolis, IN 46240 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Ronald Freeman and Dawn Freeman<br>4045 Chelsea Green West<br>New Albany, OH 43054 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Ronald Freeman and Dawn Freeman<br>6784 Headwater Tr.<br>New Albany, OH 43054 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Thomas Miller, Nancy Miller, Jessica Evanson and Jamie Clayborn<br>1650 45th Street, Ste. 103<br>Fargo, ND 58102 | Pending litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                        §
                                              §
   **KeyCorp, LLC**                           §        Case No.:
                                              §
                                              §
                                              §
                          Debtor(s)           §
                                              §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

   ■   is the first mail matrix in this case.

   ☐   adds entities not listed on previously filed mailing list(s).

   ☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

   ☐   deletes name(s) and address(es) on previously filed mailing list(s).

   In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: 1/25/2019

**Kyle C. Mann/Vice Chairman**
Signer/Title

Signature of Attorney

Date: 1/25/2019

**Michael McConnell 13447300**
**Kelly Hart & Hallman LLP**
**201 Main Street, Suite 2500**
**Fort Worth, TX 76102**
**(817) 332-2500   Fax: (817) 878-9280**

 **46-4301251**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

Aaron Clayborn and Jamie Clayborn
7722 Olson Memorial Highway
Golden Valley, MN 55427


Bruce Speidel, Natasha Speidel,
Krista Speidel and Mitchell Speidel
451 N Thompson Ln Ste D
Murfreesboro, TN 37129


Chet Kenisell
1710 Stonehaven Lane
Round Rock, TX 78665


Chet Kenisell
2800 Sunrise Rd. #132
Round Rock, TX 78665


Comptroller of Public Accounts
Rev. Acct. Div. - Bankruptcy Section
P.O. Box 13528
Austin, TX 78711


CT Corporation
Attn: GM
111 8th Avenue, 13th Floor
New York, NY 10011


CT Corporation
Attn: Associate GC
111 8th Avenue, 13th Floor
New York, NY 10011


CT Corporation
Attn: EVP and General Counsel
111 8th Avenue, 13th Floor
New York, NY 10011


Doris and Barry Rubinstein
8435 Cooper Creek Blvd.
Bradenton, FL 34201

Doris and Barry Rubinstein
28A South Blvd of the Presidents
Sarasota, FL 34236


FundCorp, Inc.
P.O. Box 470099
Fort Worth, TX 76147


Geoff Lauterbach
3800 Colonel Glenn Highway
Beavercreek, OH 45324


Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


James E. Davis
Ferguson Braswell Fraser Kubasta PC
2500 Dallas Parkway, Ste. 600
Plano, TX 75093


Jason Vinyard and Cheryl Vinyard
4745 Chace Circle Ste 121
Hoover, AL 35801


Jason Vinyard and Cheryl Vinyard
1483 Gadsden Highway Ste. 114
Trussville, AL 35235


Jeffrey Cohen
Anthony Garcia
Cohen LLC
1600 Broadway, Suite 1660
Denver, CO 80202


Jesse Kook and Krista Kook
7455 Currel Blvd. Ste 107
Saint Paul, MN 55125

Jon Robinson
3982 North Gloster St. Ste. S
Tupelo, MS 38804


Kevin and Jody McGaharan
3171 Dick Wilson Dr.
Sarasota, FL 34240


Kyle C. Mann
P.O. Box 470308
Fort Worth, TX 76147


Lee St. John
5106 Helen Court
Saint Cloud, FL 34772


Lee St. John and Judy Kenney
3760 Helen Court
Saint Cloud, FL 34772


Lee St. John and Judy Kenney
5160 Helen Court
Saint Cloud, FL 34772


Lindsey Cockrum and Kristin Swartz
7301 S. Santa Fe Dr., Ste. 625
Littleton, CO 80120


Lipi Datta-Reid and Fred Reid
11646 North Dale Mabry Highway
Tampa, FL 33618


Mark Morgan
2203 Red Wolf Blvd. #3
Jonesboro, AR 72401

Melody Leggemann & Thomas Leggemann
1310 Westover Terrace Ste.110
Greensboro, NC 27408

Nick Pappas and Lorraine Pappas
2454 E 146 St
Carmel, IN 46033

Nikolas Pappas, Lorraine Pappas
Paul Arduini and Katherine Arduini
8981 E 116 St
Fishers, IN 46038

Nikolas Pappas, Lorraine Pappas,
Paul Arduini and Katherine Arduini
8487 Union Chapel Rd #440
Indianapolis, IN 46240

R.J. Phillips, Jr.
P.O. Box 470099
Fort Worth, TX 76147

Ronald Freeman and Dawn Freeman
4045 Chelsea Green West
New Albany, OH 43054

Ronald Freeman and Dawn Freeman
6784 Headwater Tr.
New Albany, OH 43054

Thomas Miller, Nancy Miller,
Jessica Evanson and Jamie Clayborn
1650 45th Street, Ste. 103
Fargo, ND 58103

WhitleyPenn
640 Taylor Street, Ste. 2200
Fort Worth, TX 76102

## United States Bankruptcy Court
### Northern District of Texas

In re  **KeyCorp, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■  I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date:  1/25/2019

**Kyle C. Mann,** Vice Chairman

### PART II:  DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  1/25/2019

**Michael McConnell** 13447800, Attorney for Debtor
**201 Main Street, Suite 2500**
**Fort Worth, TX 76102**
**(817) 332-2500 Fax:(817) 878-9280**

## United States Bankruptcy Court
### Northern District of Texas

In re **KeyCorp, LLC**
_____
Debtor(s)

Case No. _____
Chapter **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■     I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  1/25/2019

**Kyle C. Mann**, Vice Chairman

### PART II:  DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  1/25/2019

**Michael McConnell 13447300**, Attorney for Debtor
**201 Main Street, Suite 2500**
**Fort Worth, TX 76102**
**(817) 332-2500 Fax:(817) 878-9280**

Michael McConnell
Texas Bar I.D. 13447300
michael.mcconnell@kellyhart.com
Nancy Ribaudo
Texas Bar I.D. 24026066
nancy.ribaudo@kellyhart.com
Katherine T. Hopkins
Texas Bar I.D. 24070737
katherine.hopkins@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:      817/332-2500
Telecopy:       817/878-9774
  *Proposed Counsel for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 19-_____ |
| KEYCORP, LLC | § | |
| | § | **(Joint Administration Requested)** |
| Debtor. | § | |
| | § | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, KeyCorp, LLC ("Debtor"), hereby states as follows:

1.      There is no corporation that owns, directly or indirectly, 10% or more of any class of the equity interests in Debtor.

Respectfully submitted,

By:      */s/ Michael A. McConnell*
Michael McConnell
Texas Bar I.D. 13447300
michael.mcconnell@kellyhart.com
Nancy Ribaudo
Texas Bar I.D. 24026066
nancy.ribaudo@kellyhart.com
Katherine T. Hopkins
Texas Bar I.D. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 878-3574
Facsimile: (817) 878-9744
*Proposed Counsel for Debtors*